ORIGINAL

I/S
21
Days

1  William A. Delgado (Bar No. 222666)
2  wdelgado@willenken.com
   WILLENKEN WILSON LOH & DELGADO LLP
3  707 Wilshire Blvd., Suite 3850
   Los Angeles, California 90017
4  Telephone: (213) 955-9240
5  Facsimile:  (213) 955-9250

6  Sudip Kundu (*pro hac vice* to be submitted)
7  sudip.kundu@kundupllc.com
   Matthew Cunningham (*pro hac vice* to be submitted)
8  Busra Cundioglu (*pro hac vice* to be submitted)
9  KUNDU PLLC
   1300 I Street NW, Suite 400E
10 Washington, DC 20005
11 Tel.: (202) 749-8372

12 Attorneys for Plaintiff
13 ADRIAN RIVERA

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

PAID
MAY 12 2017
Clerk, US District Court
COURT 4612

14

15               UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17 ADRIAN RIVERA,                    Case No.: CV17-3607- GW(PLAx)

18

19          Plaintiff,              **COMPLAINT FOR PATENT**
                                    **INFRINGEMENT OF UNITED**
20 v.                               **STATES PATENT NOS. 9,232,871**
                                    **AND 9,232,872 AND BREACH OF**
21 LAMI PRODUCTS, INC., LAMI        **CONTRACT**
22 PRODUCTS, LLC, and JACENT, INC.
                                    **DEMAND FOR JURY TRIAL**
23          Defendants.

24

25

26           **REDACTED VERSION OF DOCUMENT**

27           **PROPOSED TO BE FILED UNDER SEAL**

28

                        COMPLAINT

142116.1

1

**COMPLAINT**

2       Plaintiff Adrian Rivera ("Rivera"), by his attorneys, brings this action

3  against Defendants LaMi Products, Inc., LaMi Products, LLC, and Jacent, Inc.

4  (collectively, "LaMi") for breach of contract and patent infringement, and alleges

5  as follows:

6

**JURISDICTION AND VENUE**

7       1.     This action for patent infringement arises under the patent laws of the

8  United States, 35 U.S.C. § 101, *et seq*. Jurisdiction is based upon 28 U.S.C. §§

9  1331 and 1338(a), providing for federal question jurisdiction of patent

10  infringement actions and exclusive jurisdiction of patent infringement actions in

11  U.S. District Courts. This Court has supplemental jurisdiction over LaMi's breach

12  of contract claims under 28 U.S.C. § 1367.

13       2.     Venue is proper under 28 U.S.C. § 1391. Under the express terms of

14  the contract that LaMi breached, the parties agreed that any dispute arising

15  thereunder would be brought in California.

16

**THE PARTIES**

17

**Plaintiff Adrian Rivera**

18       3.     Plaintiff, Adrian Rivera, is an individual residing in Whittier,

19  California.

20       4.     Rivera is the founder, owner, and president of Adrian Rivera Maynez

21  Enterprises, Inc. ("ARM").

22       5.     ARM is located at 16141 Heron Avenue, La Mirada, California,

23  90638. ARM is involved in the design, research and development, marketing, and

24  distribution of products including reusable beverage capsules. ARM's focus is to

25  develop quality products that are easy to use, environmentally friendly, and

26  provide economical solutions to traditional coffee systems that can cause

27  significant expense to consumers over time.

28

142116.1

6.      ARM's beverage capsules include the popular EZ-Cups and Eco-Fill capsules, versions of which are compatible with first and second generation Keurig beverage brewers.

7.      Rivera is the inventor of U.S. Patent No. 9,232,871 ("the '871 patent"), which issued on January 12, 2016. The '871 patent is entitled "Single Serving Reusable Brewing Material Holder With Offset Passage for Offset Bottom Needle." A copy of the '871 patent is attached as Exhibit A.

8.      Rivera is the inventor of U.S. Patent No. 9,232,872 ("the '872 patent"), which issued on January 12, 2016. The '872 patent is entitled "Single Serving Reusable Brewing Material Holder." A copy of the '872 patent is attached as Exhibit B.

9.      Rivera owns all rights, title, and interest in both the '871 and the '872 patents (collectively, "the Asserted Patents").

**Defendants LaMi Products, Inc., LaMi Products, LLC, and Jacent, Inc.**

10.      On information and belief, Defendants LaMi Products, Inc. and LaMi Products, LLC are headquartered at 860 Welsh Road, Huntingdon Valley, PA 19006. On information and belief, LaMi Products, Inc. and LaMi Products, LLC merged with ATA Retail Services to form Jacent, Inc. in March of 2017. On information and belief, LaMi operates http://jacentretail.com/ and www.fillnbrew.com and sells beverage brewing capsules.

**BACKGROUND**

11.      Rivera and his company, ARM Enterprises, Inc., are pioneers and market leaders in reusable products designed for single-serve brewing machines, such as Keurig machines.

12.      Rivera and ARM have invested significant time and expense in developing intellectual property relating to reusable brewing capsules and using

142116.1

that intellectual property in developing products that are sold at major retailers in the United States including Bed Bath & Beyond, Target, and Amazon.com.

13.   On June 28, 2016, Rivera filed a complaint before this Court for LaMi's patent infringement of the '871 and '872 patents. The case docket number was 2:16-cv-04702-JAK-SS.

14.   On October 25, 2016, Rivera refiled a complaint against LaMi. The case docket number was 2:16-cv-07943-JAK-SS. This case was then consolidated with Adrian Rivera v. Remington Designs, LLC (Case No. 2:16-cv-04676-JAK-SS) in November 2016.

15.   On January 16, 2017, Rivera filed a Notice of Dismissal of LaMi after having signed a Settlement Agreement with LaMi.

16.   Upon information and belief, LaMi has continued to sell products that infringe the '871 and '872 patents and breach the Settlement Agreement.

<u>**COUNT I**</u>

<u>**BREACH OF THE SETTLEMENT AGREEMENT**</u>

17.   Rivera restates and realleges paragraphs 1-16 above as if fully set forth herein.

18.   On December 26, 2017, Rivera and LaMi entered into a Settlement Agreement. A true and correct copy of the Settlement Agreement is attached as Exhibit C. On January 16, 2017, Rivera filed a Notice of Dismissal to terminate LaMi from Adrian Rivera v. Remington Designs, LLC et al. (Case No. 2:16-cv-04676-JAK-SS).

19.   Under the terms of the Settlement Agreement, [REDACTED]

142116.1

1

2

3

4

5                (Image Redacted)

6

7

8

9        20.    In the Settlement Agreement,

10

11

12

13        21.    Additionally,

14

15        22.    The Settlement Agreement additionally states

16

17

18

19

20

21

22        23.    Upon information and belief, LaMi continues to sell infringing

23    products                        . These products, clipped on strips, are sold in

24    retailers such as Kmart. The pictures on the next page, taken on March 8, 2017 at a

25    Kmart in Chicago, IL, illustrate three such products.

26

27

28

142116.1






24.    In addition, on information and belief, ███████████

████████████████████████████████ The photo below, taken on March 13, 2017 at a

Giant Eagle in Rocky River, Ohio, illustrates such a product:



142116.1

25. █████████████████████████████████████████████████████ Such sales have caused Rivera to sustain monetary and other damages.

## COUNT II

### Infringement of U.S. Patent No. 9,232,871 under 35 U.S.C. § 271

26.    Rivera restates and realleges paragraphs 1-25 above as if fully set forth herein.

27.    The '871 patent generally is directed to reusable capsules, or "coffee holders" that can be used in single-serve beverage brewers such as Keurig machines. Typically, Keurig machines have a brewing chamber in which a disposal K-Cup is inserted. The brewing chamber comprises upper and lower halves in the Keurig machine. The upper half (picture below on the left) and the lower half (picture below on the right) each include a needle (shown in the red circles):



28.    Below is a picture of the lower half of the brewing chamber with a disposable capsule inserted therein, just prior to closing the Keurig for brewing:



142116.1

29.     The disposable capsule includes brewing material such as ground coffee. Brewed liquid is extracted through the use of the two needles. The upper needle punctures the top of the disposal capsule and provides an inflow of water into the capsule. The lower needle, located in the bottom of the brewing chamber, punctures the bottom of the capsule, permitting and receiving the outflow of brewed material.

30.     Disposable K-Cups have disadvantages. First, they are expensive given that one K-Cup provides only a single cup of coffee. Second, they are not recyclable and have created an environmental disaster as used K-Cups occupy landfills by the billions.

31.     The '871 patent addresses these issues by providing a reusable coffee holder for Keurig machines that allow users to not only reuse the coffee holder, but to also allow them to brew their own coffee.

32.     For example, claims of the '871 patent are directed to a beverage brewer such as a Keurig machine, in which a container adapted to hold brewing material is disposed. *See, e.g.,* the '871 patent at claim 8. The container includes a mesh filter, a cover, and a base, among other features. *Id.* The cover is configured to receive the upper needle of the beverage brewer and the container is configured to avoid the lower needle of the Keurig machine. *Id.*

33.     LaMi's reusable capsules satisfy the claimed "container" elements of the asserted claims. These elements in combination with a beverage brewer, such as a Keurig machine, lead to the direct infringement of the '871 patent.

34.     For example, on information and belief, the Coffee Pods sold by LaMi are reusable coffee holders that are specifically designed and intended to be used in Keurig or Keurig-style beverage brewers and, when combined, include all the features of the asserted claims of the '871 patent. On the next page are pictures of these products showing their respective covers (with an opening for the upper

1  needle), mesh filters, and bases that avoid the lower needle, as claimed in the '871

2  patent.

3

4

**Coffee Pods sold by LaMi**



Cover

Opening for upper needle

Mesh filter

Recesses that avoid the lower needle

Base

142116.1

35.     On information and belief, LaMi has infringed the '871 patent under Sections 271(a), (b), (c), and (f) through manufacturing, importing for sale, sale, offering for sale, and use of its reusable beverage capsules including the Coffee Pods sold by LaMi. This is a non-exhaustive identification of products and Rivera reserves the right to identify additional products after obtaining discovery.

36.     On information and belief, LaMi infringes at least claims 8, 9, 10, 11, 24, 25, and 26.

37.     On information and belief, LaMi encourages, induces, and intends customers to use, sell, or offer for sale the infringing products and induce infringement of the '871 patent by end users. On information and belief, LaMi contributes to infringement by encouraging others such as end users to directly infringe the '871 patent. The accused products are not staple articles of commerce and are not suitable for substantial non-infringing use. On information and belief, LaMi's actions are intentional and with knowledge of the '871 patent at least as of the filing and service of this Complaint.

38.     In particular, on information and belief, LaMi induces infringement of the '871 patent and contributes to the infringement of the '871 patent by advertising and providing instructions to consumers that these products are to be used with a Keurig or Keurig-style beverage brewer.

39.     On information and belief, based on these advertisements and instructions, consumers directly infringe the '871 patent by using LaMi's accused products in Keurig or Keurig-style beverage brewers.

40.     For example, on the next page is a picture of packaging and/or advertisements, which informs end users to use LaMi's products in connection with a Keurig or Keurig-style beverage brewer:

142116.1



41.     On information and belief, LaMi has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to Rivera for which there is no adequate remedy at law. Unless enjoined, LaMi will continue to infringe the '871 patent.

42.     On information and belief, LaMi's infringement of the '871 patent is exceptional and entitles Rivera to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT III

### Infringement of U.S. Patent No. 9,232,872 under 35 U.S.C. § 271

43.     Rivera restates and realleges paragraphs 1-42 above as if fully set forth herein.

44.     Like the '871 patent, the '872 patent is directed to reusable capsules, or "coffee holders" that can be used in single-serve beverage brewers such as Keurig machines.

45.     Claims of the '872 patent provide a beverage brewer such as a Keurig machine, in which a container adapted to hold brewing material is disposed. *See,*

1  *e.g.,* the '872 patent at claim 7. The container includes a mesh filter, a cover, and a

2  base, among other features. *Id.* The cover is configured to receive the upper needle

3  of the beverage brewer and the container is configured to avoid the lower needle of

4  the Keurig machine. *Id.* The cover also includes a tamping projection that

5  protrudes into the receptacle of the container.

6       46.    LaMi's reusable capsules satisfy the claimed "container" elements of

7  the asserted claims. These elements in combination with a beverage brewer, such

8  as a Keurig machine, lead to the direct infringement of the '872 patent.

9       47.    For example, as shown above, the Coffee Pods sold by LaMi

10  constitute containers with a cover (with an opening for the upper needle) and base

11  that avoids the lower needle, as claimed in the '872 patent. These products also

12  include in their covers the tamping projection that protrudes into the receptacle, as

13  also claimed in the '872 patent:

14  

**Coffee Pods sold by LaMi**

15

16  

17

18

19

20

21

22

23

24

25

26       48.    The cone shown above in the red dotted box is a tamping projection

27  that protrudes into the receptacle of the container when the cover is closed.

28

COMPLAINT<br>11

142116.1

49.     On information and belief, LaMi has infringed the '872 patent under Sections 271(a), (b), (c), and (f) through manufacturing, importing for sale, sale, offering for sale, and use of the Coffee Pods sold by LaMi. This is a non-exhaustive identification of products and Rivera reserves the right to identify additional products after obtaining discovery.

50.     On information and belief, LaMi infringes at least claims 7, 9, 10, 26, 27, and 28.

51.     On information and belief, LaMi encourages, induces, and intends customers to use, sell, or offer for sale the infringing products and induce infringement of the '872 patent by end users. On information and belief, LaMi contributes to infringement by encouraging others such as end users to directly infringe the'872 patent. The accused products are not staple articles of commerce and are not suitable for substantial non-infringing use. On information and belief, LaMi's actions are intentional and with knowledge of the '872 patent at least as of the filing and service of this Complaint.

52.     In particular, on information and belief, LaMi induces infringement of the '872 patent and contributes to the infringement of the '872 patent by advertising and providing instructions to consumers on their accused reusable beverage capsules that these products are to be used with a Keurig or Keurig-style beverage brewer.

53.     On information and belief, based on these advertisements and instructions, consumers directly infringe the '872 patent by using LaMi's accused products in Keurig or Keurig-style beverage brewers.

54.     For example, as shown above, the picture of the packaging and/or advertisements for LaMi's products direct end users to use the product in connection with a Keurig or Keurig-style beverage brewer.

142116.1

55.     On information and belief, LaMi has caused, and unless restrained and enjoined, will continue to cause, irreparable injury and damage to Rivera for which there is no adequate remedy at law. Unless enjoined, LaMi will continue to infringe the '872 patent.

56.     On information and belief, LaMi's infringement of the '872 patent is exceptional and entitles Rivera to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

**WHEREFORE**, Rivera respectfully requests the following relief:

A.     Judgment that the '871 and '872 patents have been and continue to be infringed by LaMi;

B.     Judgement that LaMi's infringement of the '871 and '872 patents has been willful;

C.     Judgment that LaMi has breached the express terms of the Settlement Agreement;

D.     For all damages sustained as a result of LaMi's infringing activities and breach of the Settlement Agreement, together with interest and costs;

E.     For a preliminary and permanent injunction enjoining LaMi, its officers, agents, servants, employees, distributors, resellers, service partners, suppliers, and all other persons acting in concert or participation with it from further infringement of the '871 and '872 patents;

F.     For an award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

G.     For all costs of suit; and

1    H.    For such other and further relief as the Court may deem just and

2   proper.

3

4                                          Respectfully submitted,

5   Dated:  May 12, 2017                   WILLENKEN WILSON LOH & DELGADO
                                           LLP
6

7

8                                          By:

9                                          William A. Delgado
                                           Attorney for Plaintiff
10                                         ADRIAN RIVERA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

142116.1

1

## **DEMAND FOR JURY TRIAL**

2

3        Plaintiff hereby demands trial by jury on all issues so triable.

4

5   Dated:  May 12, 2017                WILLENKEN WILSON LOH & DELGADO
                                        LLP
6

7
                                        By: _____
8
                                              William A. Delgado
9                                             Attorney for Plaintiff
                                              ADRIAN RIVERA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

142116.1

**EXHIBIT A**

US009232871B2

(12) **United States Patent**
Rivera

(10) Patent No.: **US 9,232,871 B2**
(45) **Date of Patent:** *Jan. 12, 2016

(54) **SINGLE SERVING REUSABLE BREWING MATERIAL HOLDER WITH OFFSET PASSAGE FOR OFFSET BOTTOM NEEDLE**

(75) Inventor: **Adrian Rivera**, Whittier, CA (US)

(73) Assignee: **ARM Enterprises**, Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/436,690**

(22) Filed: **Mar. 30, 2012**

(65) **Prior Publication Data**

US 2012/0207896 A1     Aug. 16, 2012

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/777,831, filed on Jul. 13, 2007, now abandoned, and a continuation-in-part of application No. 12/610,181, filed on Oct. 30, 2009, and a continuation-in-part of application No. 12/620,584, filed on Nov. 17, 2009, now Pat. No. 8,291,812.

(51) **Int. Cl.**
| | |
|---|---|
| *A23G 1/10* | (2006.01) |
| *A47J 31/00* | (2006.01) |
| *A47J 31/44* | (2006.01) |
| *A47J 31/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ................................... *A47J 31/0689* (2013.01)

(58) **Field of Classification Search**
CPC . A47J 31/407; A47J 31/4403; A47J 31/4407; A47J 31/3628; A47J 31/368; B65D 85/8043; B65D 85/8046; A23F 5/262; A23F 3/18; A23F 3/14; A23F 5/18; A23F 5/243
USPC ............ 99/279, 485, 287, 289 R, 295, 302 R, 99/306, 323; 426/77–80, 112, 115, 132, 426/135, 394
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,433,815 A | 12/1947 | Laforge |
| 3,022,411 A * | 2/1962 | Soper et al. ................... 219/441 |
| 3,115,822 A | 12/1963 | Totten |
| 3,120,170 A | 2/1964 | Garte |
| 3,136,241 A | 6/1964 | Price |
| 3,199,682 A | 8/1965 | Scholtz |

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO 2005/092160 A1     10/2005

*Primary Examiner* — Eric Stapleton
(74) *Attorney, Agent, or Firm* — IP Strategies

(57) **ABSTRACT**

A single serving beverage filter cartridge is formed by placing a single serving portion of brewing material into a reusable coffee holder having a lid and a base. The reusable coffee holder includes an offset passage in the bottom of the base and is insertable into a cartridge housing of a single serving coffee maker having an offset bottom needle reaching up vertically from the base of the housing, the offset passage providing clearance for the offset bottom needle. The coffee holder defines a frustoconical exterior and includes mesh filtering material for retaining brewing material inside the reusable coffee holder. The mesh material may be a metal mesh or plastic mesh. The reusable coffee holder is configured for use in single serving coffee makers having the offset bottom needle and designed for single use cartridges.

**28 Claims, 4 Drawing Sheets**



**US 9,232,871 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,224,360 | A | * | 12/1965 | Wickenberg et al. .............. 99/292 |
| 3,316,388 | A | * | 4/1967 | Wickenberg et al. ........... 219/442 |
| 3,336,857 | A | * | 8/1967 | Knodt et al. ..................... 99/296 |
| 3,384,004 | A | | 5/1968 | Perlman et al. |
| 3,403,617 | A | * | 10/1968 | Lampe ............................. 99/295 |
| 3,405,630 | A | * | 10/1968 | Weber, III ....................... 99/282 |
| 3,583,308 | A | | 6/1971 | Williams |
| 3,592,126 | A | * | 7/1971 | Dombrowik ...................... 99/312 |
| 3,607,297 | A | | 9/1971 | Fasano |
| 3,695,168 | A | * | 10/1972 | Van Brunt ....................... 99/306 |
| 3,757,670 | A | * | 9/1973 | Laama et al. ................ 99/302 R |
| 3,844,206 | A | * | 10/1974 | Weber ............................. 99/282 |
| 3,948,157 | A | * | 4/1976 | Layre ........................ 99/289 R |
| 3,958,502 | A | * | 5/1976 | Vitous ............................. 99/300 |
| 4,052,318 | A | * | 10/1977 | Krebs ............................ 210/337 |
| 4,086,848 | A | * | 5/1978 | Hahn ............................... 99/323 |
| 4,143,590 | A | * | 3/1979 | Kasakoff ......................... 99/296 |
| 4,164,644 | A | * | 8/1979 | Remsnyder et al. ........... 219/433 |
| 4,221,670 | A | * | 9/1980 | Ziemek ........................... 210/474 |
| 4,253,385 | A | | 3/1981 | Illy |
| 4,286,515 | A | | 9/1981 | Baumann et al. |
| 4,510,853 | A | * | 4/1985 | Takagi ............................ 99/286 |
| 4,550,024 | A | * | 10/1985 | le Granse ......................... 426/77 |
| 4,603,621 | A | * | 8/1986 | Roberts .......................... 99/307 |
| 4,703,687 | A | * | 11/1987 | Wei ................................ 99/286 |
| 4,704,954 | A | * | 11/1987 | Mollenhoff ...................... 99/279 |
| 4,706,555 | A | * | 11/1987 | Nakamura et al. .............. 99/283 |
| 4,721,835 | A | * | 1/1988 | Welker .......................... 219/689 |
| 4,739,697 | A | * | 4/1988 | Roberts ........................... 99/295 |
| 4,832,845 | A | * | 5/1989 | Hendretti ....................... 210/470 |
| 4,833,979 | A | * | 5/1989 | Garulli et al. ................... 99/287 |
| 4,858,523 | A | * | 8/1989 | Helbling ......................... 99/280 |
| 4,865,737 | A | * | 9/1989 | McMichael ..................... 210/477 |
| 4,967,648 | A | * | 11/1990 | Helbling ......................... 99/280 |
| 4,986,172 | A | * | 1/1991 | Hunnicutt, Jr. ................. 99/306 |
| 4,998,463 | A | * | 3/1991 | Precht et al. .................... 99/300 |
| 5,000,082 | A | * | 3/1991 | Lassota ........................... 99/304 |
| 5,012,059 | A | * | 4/1991 | Boatman ....................... 219/689 |
| 5,028,328 | A | * | 7/1991 | Long .............................. 210/477 |
| 5,046,409 | A | * | 9/1991 | Henn ............................... 99/307 |
| 5,072,660 | A | * | 12/1991 | Helbling ......................... 99/280 |
| 5,123,335 | A | | 6/1992 | Aselu |
| 5,190,653 | A | * | 3/1993 | Herrick et al. ................. 210/477 |
| 5,233,914 | A | | 8/1993 | English |
| 5,242,702 | A | * | 9/1993 | Fond ............................. 426/433 |
| 5,265,517 | A | * | 11/1993 | Gilbert .......................... 99/280 |
| 5,287,797 | A | * | 2/1994 | Grykiewicz et al. ............ 99/295 |
| 5,325,765 | A | * | 7/1994 | Sylvan et al. .................... 99/295 |
| 5,335,589 | A | | 8/1994 | Yerves et al. |
| 5,343,799 | A | * | 9/1994 | Fond ............................... 99/295 |
| 5,347,916 | A | * | 9/1994 | Fond et al. ....................... 99/295 |
| 5,363,745 | A | * | 11/1994 | Lin ................................. 99/306 |
| 5,398,596 | A | * | 3/1995 | Fond ............................... 99/295 |
| 5,401,328 | A | * | 3/1995 | Schmitz .................... 134/58 R |
| 5,403,605 | A | * | 4/1995 | Smith et al. ................... 426/433 |
| 5,406,882 | A | * | 4/1995 | Shaanan ......................... 99/287 |
| 5,463,932 | A | * | 11/1995 | Olson ............................. 99/280 |
| 5,490,448 | A | * | 2/1996 | Weller et al. ..................... 99/305 |
| 5,526,733 | A | | 6/1996 | Klawuhn et al. |
| 5,531,152 | A | * | 7/1996 | Gardosi ..................... 99/289 R |
| 5,562,941 | A | * | 10/1996 | Levy ............................. 426/433 |
| 5,582,730 | A | | 12/1996 | Hugentobler |
| 5,582,731 | A | * | 12/1996 | Gianfranco .................... 210/477 |
| 5,635,233 | A | * | 6/1997 | Levinson ...................... 426/433 |
| 5,636,563 | A | * | 6/1997 | Oppermann et al. ............. 99/285 |
| 5,669,287 | A | * | 9/1997 | Jefferson et al. ................. 99/299 |
| 5,676,041 | A | | 10/1997 | Glucksman et al. |
| 5,775,206 | A | * | 7/1998 | St-Gelais ......................... 99/323 |
| 5,829,340 | A | | 11/1998 | Yang |
| 5,840,189 | A | * | 11/1998 | Sylvan et al. ................. 210/474 |
| 5,865,094 | A | * | 2/1999 | Kealy ............................. 99/291 |
| 5,870,943 | A | | 2/1999 | Levi et al. |
| 5,887,510 | A | * | 3/1999 | Porter ............................. 99/287 |
| 5,897,899 | A | * | 4/1999 | Fond ............................. 426/112 |
| 5,924,563 | A | * | 7/1999 | Salyers ......................... 206/223 |

| | | | | |
|---|---|---|---|---|
| 5,932,260 | A | * | 8/1999 | Soughan ........................... 426/78 |
| 6,065,609 | A | * | 5/2000 | Lake ............................. 210/474 |
| D431,423 | S | * | 10/2000 | Ohm et al. ..................... D7/620 |
| 6,136,352 | A | | 10/2000 | Silverstein et al. |
| 6,189,438 | B1 | * | 2/2001 | Bielfeldt et al. ................. 99/321 |
| RE37,173 | E | * | 5/2001 | Jefferson et al. ................. 99/299 |
| 6,227,102 | B1 | * | 5/2001 | Sham et al. ...................... 99/286 |
| 6,231,909 | B1 | * | 5/2001 | Levinson .................... 426/433 |
| 6,250,209 | B1 | * | 6/2001 | Pope .............................. 99/323 |
| 6,253,662 | B1 | * | 7/2001 | Zelson ............................ 99/279 |
| 6,263,781 | B1 | * | 7/2001 | Calagui .......................... 99/323 |
| D454,433 | S | | 3/2002 | Peter |
| D454,434 | S | | 3/2002 | McDaniel et al. |
| 6,440,256 | B1 | | 8/2002 | Gordon et al. |
| D474,110 | S | | 5/2003 | Sweeney |
| D474,111 | S | | 5/2003 | Lazaris |
| 6,589,577 | B2 | | 7/2003 | Lazaris et al. |
| 6,606,938 | B2 | | 8/2003 | Taylor |
| 6,607,762 | B2 | | 8/2003 | Lazaris et al. |
| 6,645,537 | B2 | | 11/2003 | Sweeney et al. |
| 6,655,260 | B2 | * | 12/2003 | Lazaris et al. ................... 99/295 |
| 6,658,989 | B2 | | 12/2003 | Sweeney et al. |
| 6,662,955 | B1 | * | 12/2003 | Lassota ......................... 210/482 |
| 6,708,600 | B2 | * | 3/2004 | Winkler et al. ................... 99/287 |
| 6,727,484 | B2 | * | 4/2004 | Policappelli ................... 219/689 |
| 6,740,345 | B2 | * | 5/2004 | Cai ................................. 426/77 |
| 6,758,130 | B2 | * | 7/2004 | Sargent et al. ................... 99/295 |
| 6,786,136 | B2 | * | 9/2004 | Cirigliano et al. ............... 99/323 |
| 6,832,542 | B2 | | 12/2004 | Hu et al. |
| 6,843,165 | B2 | | 1/2005 | Stoner et al. |
| D502,362 | S | | 3/2005 | Lazaris et al. |
| 6,904,840 | B1 | | 6/2005 | Pfeifer et al. |
| 6,948,420 | B2 | | 9/2005 | Kirschner et al. |
| 6,968,775 | B2 | * | 11/2005 | Burrows et al. ................. 99/303 |
| 7,047,870 | B2 | | 5/2006 | Gantt et al. |
| 7,081,263 | B2 | | 7/2006 | Albrecht |
| 7,131,369 | B2 | | 11/2006 | Gantt et al. |
| 7,320,274 | B2 | * | 1/2008 | Castellani ....................... 99/295 |
| 7,730,829 | B2 | * | 6/2010 | Hammad ......................... 99/295 |
| 7,946,217 | B2 | * | 5/2011 | Favre et al. ...................... 99/295 |
| 8,047,127 | B2 | | 11/2011 | Lin |
| 8,087,347 | B2 | * | 1/2012 | Halliday et al. ................. 99/295 |
| 2001/0043954 | A1 | * | 11/2001 | Sweet ............................ 424/725 |
| 2002/0005367 | A1 | * | 1/2002 | Zelson ......................... 206/449 |
| 2002/0023543 | A1 | * | 2/2002 | Schmed .......................... 99/295 |
| 2002/0035929 | A1 | * | 3/2002 | Kanba et al. ..................... 99/279 |
| 2002/0048621 | A1 | * | 4/2002 | Boyd et al. ....................... 426/77 |
| 2002/0059870 | A1 | * | 5/2002 | Walters, Jr. et al. ............. 99/298 |
| 2002/0078831 | A1 | * | 6/2002 | Cai ................................. 99/295 |
| 2002/0148356 | A1 | * | 10/2002 | Lazaris et al. ................... 99/295 |
| 2003/0006185 | A1 | * | 1/2003 | Hepler .......................... 210/464 |
| 2003/0041739 | A1 | * | 3/2003 | Cai ................................. 99/287 |
| 2003/0167928 | A1 | * | 9/2003 | Mulle et al. ...................... 99/279 |
| 2003/0200872 | A1 | * | 10/2003 | Lin ................................. 99/293 |
| 2003/0213370 | A1 | * | 11/2003 | Hammad et al. ................. 99/300 |
| 2003/0222089 | A1 | * | 12/2003 | Hale .............................. 220/912 |
| 2003/0226449 | A1 | * | 12/2003 | Carasso et al. ................... 99/279 |
| 2004/0020368 | A1 | * | 2/2004 | Cai ................................. 99/279 |
| 2004/0020922 | A1 | * | 2/2004 | Alves ............................ 219/679 |
| 2004/0118290 | A1 | * | 6/2004 | Cai ................................. 99/275 |
| 2004/0182247 | A1 | * | 9/2004 | Guerrero ......................... 99/275 |
| 2004/0244600 | A1 | * | 12/2004 | Lalanne-Eygun ................. 99/279 |
| 2005/0051478 | A1 | * | 3/2005 | Karanikos et al. ............. 210/469 |
| 2005/0160918 | A1 | * | 7/2005 | Winstanley et al. .............. 99/279 |
| 2005/0172819 | A1 | * | 8/2005 | Chen et al. ....................... 99/279 |
| 2005/0236323 | A1 | * | 10/2005 | Oliver et al. ................... 210/464 |
| 2005/0257695 | A1 | * | 11/2005 | Dobranski et al. .............. 99/485 |
| 2005/0266122 | A1 | * | 12/2005 | Franceschi ....................... 426/77 |
| 2005/0284303 | A1 | * | 12/2005 | Zell et al. ......................... 99/279 |
| 2006/0019000 | A1 | * | 1/2006 | Zanetti .......................... 426/112 |
| 2006/0107841 | A1 | * | 5/2006 | Schifferle ........................ 99/279 |
| 2006/0159815 | A1 | | 7/2006 | Crook et al. |
| 2006/0174769 | A1 | | 8/2006 | Favre et al. |
| 2006/0196364 | A1 | | 9/2006 | Kirschner |
| 2006/0254428 | A1 | * | 11/2006 | Glucksman et al. ......... 99/302 P |
| 2007/0175334 | A1 | * | 8/2007 | Halliday et al. ................. 99/279 |
| 2007/0277677 | A1 | * | 12/2007 | Roberg .......................... 99/323 |
| 2009/0229471 | A1 | | 9/2009 | Lun et al. |
| 2010/0083843 | A1 | * | 4/2010 | Denisart et al. ................. 99/295 |

**US 9,232,871 B2**

Page 3

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2010/0288131 | A1 * | 11/2010 | Kilber et al. | ................... 99/295 |
| 2010/0303964 | A1 * | 12/2010 | Beaulieu et al. | .............. 426/77 |
| 2011/0209623 | A1 | 9/2011 | Leung et al. | |
| 2011/0274802 | A1 * | 11/2011 | Rivera | .......................... 426/431 |
| 2012/0207895 | A1 * | 8/2012 | Rivera | .......................... 426/433 |
| 2012/0207896 | A1 * | 8/2012 | Rivera | .......................... 426/433 |
| 2012/0276264 | A1 * | 11/2012 | Rivera | .......................... 426/433 |
| 2012/0285330 | A1 | 11/2012 | Demiglio et al. | |
| 2012/0285334 | A1 | 11/2012 | Demiglio et al. | |
| 2013/0017303 | A1 * | 1/2013 | Vu | ................................ 426/433 |
| 2013/0025466 | A1 * | 1/2013 | Fu et al. | .......................... 99/295 |
| 2013/0156897 | A1 * | 6/2013 | Goldstein | ..................... 426/115 |
| 2014/0245895 | A1 | 9/2014 | Demiglio et al. | |
| 2014/0287105 | A1 * | 9/2014 | Husband et al. | .............. 426/115 |

* cited by examiner



FIG. 2

FIG. 1
(prior art)



*FIG. 4*



*FIG. 3*



FIG. 6

FIG. 5



*FIG. 7*

US 9,232,871 B2

1

### SINGLE SERVING REUSABLE BREWING MATERIAL HOLDER WITH OFFSET PASSAGE FOR OFFSET BOTTOM NEEDLE

The present application is a Continuation In Part of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007, a Continuation In Part of U.S. patent application Ser. No. 12/610,181 filed Oct. 30, 2009, and a Continuation In Part of U.S. patent application Ser. No. 12/620,584 filed Nov. 17, 2009, which applications are incorporated in their entirety herein by reference.

### BACKGROUND OF THE INVENTION

The present invention relates to single serving coffee makers and in particular to a single serving reusable brewing material holder including a reusable mesh material to retain the brewing material in the holder.

Coffee is prepared in a coffee maker by measuring an amount of ground coffee into a coffee filter, closing a lid over the ground coffee, and providing a stream of hot water through the ground coffee. In recent years, single serving coffee makers have become very popular, for example, Keurig® coffee makers. U.S. Pat. Nos. 5,325,765 and 6,708,600 disclose a housing and cooperating filter cartridge for use in a Keurig® coffee maker. While the housing and cartridge of the '765 patent are very popular, the cost of single use cartridges far exceeds the cost of the brewing material contained in the cartridges. The '765 and '600 patents are herein incorporated by reference in their entirety.

### BRIEF SUMMARY OF THE INVENTION

The present invention addresses the above and other needs by providing a single serving beverage filter cartridge which is formed by placing a single serving portion of brewing material into a reusable coffee holder having a lid and a base. The reusable coffee holder includes an offset passage in the bottom of the base and is insertable into a cartridge housing of a single serving coffee maker having an offset bottom needle reaching up vertically from the base of the housing, the offset passage providing clearance for the offset bottom needle. The coffee holder defines a frustoconical exterior and includes mesh filtering material for retaining brewing material inside the reusable coffee holder. The mesh material may be a metal mesh or plastic mesh. The reusable coffee holder is configured for use in single serving coffee makers having the offset bottom needle and designed for single use cartridges.

In accordance with one aspect of the invention, there is provided a coffee holder including a metal filter mesh material interposed between an interior and exterior of the holder to retain brewing material in the holder. The filter mesh material may be a metal or plastic mesh.

In accordance with another aspect of the invention, there is provided a coffee holder having a bottom with an offset passage. The holder fits into existing single serving coffee makers having an offset bottom needle and the offset passage provides clearance for the offset bottom needle.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

The above and other aspects, features and advantages of the present invention will be more apparent from the following more particular description thereof, presented in conjunction with the following drawings wherein:

2

FIG. 1 is a prior art single serving housing and filter cartridge.

FIG. 2 is a side view of a first single serving coffee holder according to the present invention.

FIG. 3 is a cross-sectional side view of the single serving coffee holder according to the present invention taken along line 3-3 of FIG. 2.

FIG. 4 is a cross-sectional side view of the single serving coffee holder according to the present invention taken along line 3-3 of FIG. 2 in the prior art single serving housing.

FIG. 5 shows a side view of a holder 70 having a holder lid 32".

FIG. 6 shows a side view of a threaded holder and threaded holder lid according to the present invention.

FIG. 7 is a schematic illustration of a pod adaptor assembly of another preferred embodiment of the present invention;

Corresponding reference characters indicate corresponding components throughout the several views of the drawings.

### DETAILED DESCRIPTION OF THE INVENTION

The following description is of the best mode presently contemplated for carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of describing one or more preferred embodiments of the invention. The scope of the invention should be determined with reference to the claims.

A prior art single serving housing 10 of a coffee maker and single use filter cartridge 12 residing in a brewing chamber 11 of the coffee maker, disclosed in U.S. Pat. Nos. 5,325,765 and 6,708,600 (incorporated by reference above) are shown in FIG. 1. The filter cartridge 12 includes a pierceable shell 14 and contains brewing material 16. An upper needle 20 penetrates the top of the shell 14 and an offset bottom needle 22 penetrates the base 17 of the shell 14 and receives the brewed drink produced in the cartridge 12 and carries the brewed drink from the brewing chamber when the housing 10 is closed on the cartridge 12. A single use disposable filter cartridge sold under the trademark K-CUP® has a top edge with a diameter of about 1.8 inches, a height of about 1 ¾ inches, and a frustoconical shape with a base smaller than the top edge. The base of the K-CUP cartridge is generally about 1.45 inches in diameter.

A side view of a first single serving coffee holder 30 according to the present invention is shown in FIG. 2. The coffee holder 30 includes a lid 32 and a base (or receptacle) 34. The base 34 includes a larger diameter top 34a and a smaller diameter bottom 34b and is generally frustoconical in shape.

A cross-sectional side view of the coffee holder 30 is shown in FIG. 3 and a second cross-sectional view of the coffee holder 30 in the prior art single serving housing 10 is shown in FIG. 4. A passage 40 in the lid 32 is provided for the needle 20. The bottom of the base 34 includes an offset bottom passage 38 reaching upward into the base 34. The coffee holder 30 defines an interior region 30a and an exterior region 30b. Lid 32 may be removably attachable to the base 34, or hingedly attached to the base 34. The removable lid 32 may be an interference fit to the base 34, or the lid 32 and base 34 may have cooperating threads to threadably attach, or the lid 32 may be otherwise attached to the base 34. An vertical interior wall portion 37 defines a portion of a wall of an offset bottom needle clearance volume nearest to a centerline CL of the coffee holder 30, corresponding to the offset bottom passage 38, in the bottom of the holder base 34, having an open bottom 38a. A horizontal border 41 is defined by a floor 39 residing between the offset bottom needle clearance volume

US 9,232,871 B2

3

and the interior 30a of the holder base 34. The needle 22 is seen to reach a needle distance ND into the holder base 34. The border 41 is a vertical distance D above the bottom 34b of the holder base 34 and the border 41 is shown. The distance D is preferably about ten mm. When the coffee folder 30 resides in the brewing chamber 11, the bottom needle 22 resides in the bottom needle clearance volume and is laterally spaced apart from the interior vertical wall 37 by a clearance C.

A concave down mesh filter 42 mesh filter 42 holds the brewing material 16, and retains the brewing material 16 in the interior region 30a of the coffee holder 30 separating the brewing material 16 from the exterior region 30b of the coffee holder 30. The needle 22 reaches through the passage 40 in the lid 32 to inject hot liquid into the brewing material 16 to make a brewed drink. A compliant ring 33 may be included to seal against the coffee maker. The offset bottom passage 38 provides clearance for the lower needle 22.

The housing 30 is disclosed in FIG. 5 of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007 by the present applicant. The present application is a Continuation In Part (CIP) of the '831 application, which '831 application was incorporated by reference above. A metal or plastic reusable coffee holder is also disclosed in the '831 application.

The mesh filter 42 is disclosed in U.S. patent application Ser. No. 12/620,584 filed Nov. 17, 2009 by the present applicant, as a nylon mesh, metal mesh, or any material capable of holding the coffee while allowing a flow of heated water through the coffee. The present application is a Continuation In Part (CIP) of the '584 application, which '584 application is incorporated by reference above. Unlike filter paper, the mesh filter may be cleaned and reused, and may be removable from the housing 30 for cleaning.

The housing 50 is disclosed in FIG. 6 of U.S. patent application Ser. No. 11/392,893 filed Mar. 28, 2006 by the present applicant for use with a coffee pod including filter paper, and the use of a mesh filter 42 is disclosed in the '584 patent incorporated by reference above. The present application is a Continuation In Part (CIP) of the '893 application is incorporated by reference above.

FIG. 7 illustrates a pod adaptor assembly 200 of another embodiment of the present invention. The pod adaptor assembly 200 generally comprises a cup-shaped holder base (or receptacle) 202 adapted to receive a pod and a cover 204 adapted to sealingly engage with the receptacle 202. The receptacle 202 has a base 206 having a downwardly sloping interior surface 208 supported by a plurality of legs 210. A passageway 212 extends downwardly from the exterior surface 214 of the base. The passageway 212 is adapted to guide and allow the needle-like structure from the brewer to extend upwardly without hitting against the receptacle or piercing the pod inside the receptacle. The passageway 212 also permits outflow of the brewed beverage from the receptacle. In one embodiment, the passageway 212 has a diameter of about 5 mm and a length of about 1 mm to 20 mm. The location of the passageway 212 relative to the base 206 is preferably selected to correspond to the location of the upwardly moving needle in the brewer. In one embodiment, the passageway 212 is offset by about 1-5 mm from the center of the base. As also shown in FIG. 2, the cover 204 of the assembly 200 has an opening 216 formed therethrough, which is adapted to allow insertion of a liquid inlet probe from the brewer.

While the invention herein disclosed has been described by means of specific embodiments and applications thereof, numerous modifications and variations could be made thereto by those skilled in the art without departing from the scope of the invention set forth in the claims.

4

I claim:

1. A beverage brewer, comprising:
   a brewing chamber;
   a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:
   a receptacle configured to receive and support the brewing material;
   a mesh filter; and
   a cover;
   wherein the receptacle includes
   a base, having an interior surface an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and
   at least one sidewall extending upward from the interior surface of the base,
   wherein the mesh filter is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow,
   wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening, and
   wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;
   an inlet port, adapted to provide the input fluid to the container; and
   a needle-like structure, adapted to receive outflow fluid from the container through the base passageway;
   wherein the passageway is disposed to receive the needle-like structure and to provide a clearance around the needle-like structure such that the needle-like structure does not puncture the base.

2. The beverage brewer of claim 1, wherein the receptacle also includes at least one extension that raises the base a predetermined distance above a lower surface of the brewing chamber, wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

3. The beverage brewer of claim 1, wherein the receptacle, the mesh filter, and the cover include materials such that the container is reusable.

4. The beverage brewer of claim 1, wherein the passageway has an unobstructed configuration.

5. The brewing material holder of claim 1, wherein the passageway is disposed at a position that is offset from a center of the base.

6. The brewing material holder of claim 1, wherein the at least one sidewall also extends downward below the exterior surface of the base a distance that is sufficiently large such that a tip of the needle-like structure does not penetrate the mesh filter.

7. The brewing material holder of claim 1, further including a passage sidewall extending downward from the passageway.

8. A beverage brewer, comprising:
   a brewing chamber;
   a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:
   a receptacle configured to receive the brewing material;
   a mesh filter; and
   a cover;
   wherein the receptacle includes
   a base, having an interior surface and an exterior surface, wherein at least a portion of the base is

US 9,232,871 B2

5

disposed a predetermined distance above a bottom surface of the brewing chamber, and

at least one sidewall extending upward from the interior surface of the base,

wherein the receptacle has at least one passageway that provides fluid flow from an interior of the receptacle to an exterior of the receptacle;

wherein the mesh filter is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow,

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

a needle-like structure, disposed below the base;

wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

9. The beverage brewer of claim 8, wherein at least one passageway of the at least one passageway is disposed in the base.

10. The beverage brewer of claim 8, wherein the receptacle also includes at least one extension that raises the at least a portion of the base the predetermined distance above the bottom surface of the brewing chamber.

11. The beverage brewer of claim 8, wherein the receptacle, the mesh filter, and the cover include materials such that the container is reusable.

12. The beverage brewer of claim 8, wherein at least one passageway of the at least one passageway is unobstructed.

13. The brewing material holder of claim 8, wherein the passageway is disposed at a position that is offset from a center of the base.

14. A beverage brewer, comprising:

a brewing chamber;

a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:

a receptacle configured to receive the brewing material;

a mesh filter; and

a cover;

wherein the receptacle includes

a base, having an interior surface, an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and

at least one sidewall extending upward from the interior surface of the base,

wherein the receptacle is adapted to support the brewing material a predetermined distance above a lower surface of the brewing chamber,

wherein the mesh filter is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow,

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

6

a needle-like structure, disposed below the brewing material;

wherein the predetermined distance is selected such that the needle-like structure does not touch the brewing material when held by the mesh filter.

15. The beverage brewer of claim 14, wherein the receptacle also includes at least one extension that raises the base the predetermined distance above the lower surface of the brewing chamber.

16. The beverage brewer of claim 14, wherein the receptacle, the mesh filter, and the cover include materials such that the container is reusable.

17. The beverage brewer claim 14, wherein the passageway has an unobstructed configuration.

18. The brewing material holder of claim 14, wherein the passageway is disposed at a position that is offset from a center of the base.

19. A beverage brewer, comprising:

a brewing chamber;

a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:

a receptacle configured to receive the brewing material;

a mesh filter; and

a cover;

wherein the receptacle includes

a base, having an interior surface, an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and

at least one sidewall extending upwardly from the interior surface of the base,

wherein the mesh filter is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow,

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

a needle-like structure, adapted to receive outflow fluid from the container through the base passageway; and

wherein the passageway allows the outflow fluid to flow from the container.

20. The beverage brewer of claim 19, wherein the receptacle also includes at least one extension that raises at least a portion of the base a predetermined distance above a lower surface of the brewing chamber, wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

21. The beverage brewer of claim 19, wherein the receptacle, the mesh filter, and the cover include materials such that the container is reusable.

22. The beverage brewer of claim 19, wherein the passageway has an unobstructed configuration.

23. The brewing material holder of claim 19, wherein the passageway is disposed at a position that is offset from a center of the base.

24. A beverage brewer including a brewing chamber configured to receive a brewing cartridge, an inlet port adapted to provide an input fluid, and a needle-like structure fixed in a bottom of the brewing chamber and adapted to puncture a shell of the brewing cartridge to carry an outflow of brewed beverage from the brewing cartridge and arranged to avoid

US 9,232,871 B2

7

puncturing filtering material containing brewing material disposed inside the shell, the improvement comprising:

    a container configured to replace the brewing cartridge, the container positionable within the brewing chamber and adapted to hold brewing material while brewed by the beverage brewer, the container including:

        a receptacle configured to receive and support the brewing material,

        a mesh filter, and

        a cover;

        wherein the receptacle includes:

            a passageway providing fluid communication between an interior of the receptacle and the brewing chamber,

            a base, having an interior surface and an exterior surface and configured to avoid contact with the needle-like structure, and

            at least one sidewall extending upwardly from the interior surface of the base and configured to avoid contact with the needle-like structure;

    wherein the mesh filter is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow,

8

    wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening, and

    wherein the container is adapted to accept the input fluid from the inlet port through the opening and to provide a corresponding outflow of fluid through the passageway.

**25**. The beverage brewer of claim **24**, wherein the receptacle, the mesh filter, and the cover include materials such that the container is reusable.

**26**. The beverage brewer of claim **24**, wherein the receptacle also includes at least one extension that raises the base a predetermined distance above a lower surface of the brewing chamber.

**27**. The beverage brewer of claim **24**, wherein the passageway has an unobstructed configuration.

**28**. The brewing material holder of claim **24**, wherein the passageway is disposed at a position that is offset from a center of the base.

\* \* \* \* \*

EXHIBIT B

US009232872B2

(12) **United States Patent**
Rivera

(10) Patent No.: **US 9,232,872 B2**
(45) Date of Patent: *****Jan. 12, 2016**

(54) **SINGLE SERVING REUSABLE BREWING MATERIAL HOLDER**

(75) Inventor: **Adrian Rivera**, Las Vegas, NV (US)

(73) Assignee: **ARM Enterprises**, Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/546,875**

(22) Filed: **Jul. 11, 2012**

(65) **Prior Publication Data**

US 2012/0276264 A1     Nov. 1, 2012

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/777,831, filed on Jul. 13, 2007, now abandoned, and a continuation-in-part of application No. 12/610,181, filed on Oct. 30, 2009, and a continuation-in-part of application No. 12/620,584, filed on Nov. 17, 2009, now Pat. No. 8,291,812.

(51) **Int. Cl.**
| | |
|---|---|
| *A23G 1/10* | (2006.01) |
| *A47J 31/00* | (2006.01) |
| *A47J 31/44* | (2006.01) |
| *A47J 31/06* | (2006.01) |
| *B65D 85/804* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *A47J 31/0689* (2013.01); *B65D 85/8043* (2013.01); *Y02W 30/807* (2015.05)

(58) **Field of Classification Search**
CPC . A47J 31/407; A47J 31/4403; A47J 31/4407; A47J 31/3628; A47J 31/368; B65D 85/8043; B65D 85/8046; A23F 5/262; A23F 3/18; A23F 3/14; A23F 5/18; A23F 5/243
USPC ............ 99/279, 485, 287, 289 R, 295, 302 R, 99/306, 323; 426/77–80, 112, 115, 132, 426/135, 394
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,433,815 A | | 12/1947 | Laforge |
| 3,022,411 A | * | 2/1962 | Soper et al. ................. 219/441 |
| 3,115,822 A | | 12/1963 | Totten |

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO 2005/092160 A1     10/2005

*Primary Examiner* — Eric Stapleton
(74) *Attorney, Agent, or Firm* — IP Strategies

(57) **ABSTRACT**

A single serving beverage filter cartridge is formed by placing a single serving portion of brewing material into a reusable coffee holder having a lid and a base. The reusable coffee holder includes a recessed region at the bottom of a base of the holder and is insertable into a cartridge housing of a single serving coffee maker having an offset needle reaching up vertically from the base of the housing, the recessed region may be a large annular recessed region or a smaller off-center recessed region thereby avoiding the offset bottom needle. The coffee holder defines a frustoconical exterior and includes mesh filtering material for retaining brewing material inside the coffee holder. The mesh material may be a metal mesh or plastic mesh. The reusable coffee holder is configured for use in single serving coffee makers having the offset bottom needle and designed for single use cartridges.

**31 Claims, 6 Drawing Sheets**



## US 9,232,872 B2
Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,120,170 | A | 2/1964 | Garte |
| 3,136,241 | A | 6/1964 | Price |
| 3,199,682 | A | 8/1965 | Scholtz |
| 3,224,360 | A * | 12/1965 | Wickenberg et al. ........ 99/292 |
| 3,316,388 | A * | 4/1967 | Wickenberg et al. ........ 219/442 |
| 3,336,857 | A * | 8/1967 | Knodt et al. .............. 99/296 |
| 3,384,004 | A | 5/1968 | Perlman et al. |
| 3,403,617 | A * | 10/1968 | Lampe ...................... 99/295 |
| 3,405,630 | A * | 10/1968 | Weber, III ................. 99/282 |
| 3,583,308 | A | 6/1971 | Williams |
| 3,592,126 | A * | 7/1971 | Dombrowik ................. 99/312 |
| 3,607,297 | A | 9/1971 | Fasano |
| 3,695,168 | A * | 10/1972 | Van Brunt .................. 99/306 |
| 3,757,670 | A | 9/1973 | Laama et al. ............. 99/302 R |
| 3,844,206 | A | 10/1974 | Weber ...................... 99/282 |
| 3,948,157 | A * | 4/1976 | Layre ..................... 99/289 R |
| 3,958,502 | A * | 5/1976 | Vitous ..................... 99/300 |
| 4,052,318 | A | 10/1977 | Krebs ..................... 210/337 |
| 4,086,848 | A * | 5/1978 | Hahn ...................... 99/323 |
| 4,143,590 | A * | 3/1979 | Kasakoff ................... 99/296 |
| 4,221,670 | A * | 9/1980 | Ziemek ..................... 210/474 |
| 4,253,385 | A | 3/1981 | Illy |
| 4,286,515 | A | 9/1981 | Baumann et al. |
| 4,510,853 | A * | 4/1985 | Takagi ...................... 99/286 |
| 4,550,024 | A * | 10/1985 | le Granse ................... 426/77 |
| 4,603,621 | A * | 8/1986 | Roberts .................... 99/307 |
| 4,703,687 | A * | 11/1987 | Wei ........................ 99/286 |
| 4,704,954 | A * | 11/1987 | Mollenhoff ................ 99/279 |
| 4,706,555 | A * | 11/1987 | Nakamura et al. ........... 99/283 |
| 4,721,835 | A * | 1/1988 | Welker .................... 219/689 |
| 4,739,697 | A * | 4/1988 | Roberts ..................... 99/295 |
| 4,832,845 | A * | 5/1989 | Hendretti ................. 210/470 |
| 4,833,979 | A * | 5/1989 | Garulli et al. .............. 99/282 |
| 4,858,523 | A * | 8/1989 | Helbling .................. 99/280 |
| 4,865,737 | A * | 9/1989 | McMichael ............... 210/477 |
| 4,967,648 | A * | 11/1990 | Helbling .................. 99/280 |
| 4,986,172 | A * | 1/1991 | Hunnicutt, Jr. ............. 99/306 |
| 4,998,463 | A * | 3/1991 | Precht et al. .............. 99/300 |
| 5,000,082 | A * | 3/1991 | Lassota .................... 99/304 |
| 5,012,059 | A * | 4/1991 | Boatman ................... 219/689 |
| 5,028,328 | A * | 7/1991 | Long ..................... 210/477 |
| 5,046,409 | A * | 9/1991 | Henn ...................... 99/307 |
| 5,072,660 | A * | 12/1991 | Helbling .................. 99/280 |
| 5,123,335 | A | 6/1992 | Aselu |
| 5,190,653 | A * | 3/1993 | Herrick et al. ............. 210/477 |
| 5,233,914 | A | 8/1993 | English |
| 5,242,702 | A * | 9/1993 | Fond ..................... 426/433 |
| 5,265,517 | A * | 11/1993 | Gilbert ..................... 99/280 |
| 5,287,797 | A * | 2/1994 | Grykiewicz et al. .......... 99/295 |
| 5,325,765 | A * | 7/1994 | Sylvan et al. ............... 99/295 |
| 5,335,589 | A | 8/1994 | Yerves et al. |
| 5,343,799 | A * | 9/1994 | Fond ....................... 99/295 |
| 5,347,916 | A * | 9/1994 | Fond et al. ................. 99/295 |
| 5,363,745 | A * | 11/1994 | Lin ........................ 99/305 |
| 5,398,596 | A * | 3/1995 | Fond ....................... 99/280 |
| 5,401,328 | A * | 3/1995 | Schmitz ................. 134/58 R |
| 5,403,605 | A * | 4/1995 | Smith et al. ............... 426/433 |
| 5,406,882 | A * | 4/1995 | Shaanan .................... 99/287 |
| 5,463,932 | A * | 11/1995 | Olson ...................... 99/280 |
| 5,490,448 | A * | 2/1996 | Weller et al. ............... 99/305 |
| 5,526,733 | A | 6/1996 | Klawuhn et al. |
| 5,531,152 | A * | 7/1996 | Gardosi ................. 99/289 R |
| 5,562,941 | A * | 10/1996 | Levy ..................... 426/433 |
| 5,582,730 | A | 12/1996 | Hugentobler |
| 5,582,731 | A * | 12/1996 | Gianfranco ............... 210/477 |
| 5,635,233 | A * | 6/1997 | Levinson ................. 426/433 |
| 5,636,563 | A * | 6/1997 | Oppermann et al. .......... 99/285 |
| 5,669,287 | A * | 9/1997 | Jefferson et al. ........... 99/299 |
| 5,676,041 | A | 10/1997 | Glucksman et al. |
| 5,775,206 | A * | 7/1998 | St-Gelais .................. 99/323 |
| 5,829,340 | A | 11/1998 | Yang |
| 5,840,189 | A * | 11/1998 | Sylvan et al. .............. 210/474 |
| 5,865,094 | A * | 2/1999 | Kealy ...................... 99/291 |
| 5,870,943 | A | 2/1999 | Levi et al. |
| 5,887,510 | A * | 3/1999 | Porter ..................... 99/287 |
| 5,897,899 | A * | 4/1999 | Fond ..................... 426/112 |
| 5,924,563 | A * | 7/1999 | Salyers ................... 206/223 |
| 5,932,260 | A * | 8/1999 | Soughan ................... 426/78 |
| 6,065,609 | A * | 5/2000 | Lake ..................... 210/474 |
| 6,136,352 | A | 10/2000 | Silverstein et al. |
| 6,189,438 | B1 * | 2/2001 | Bielfeldt et al. ............. 99/321 |
| RE37,173 | E * | 5/2001 | Jefferson et al. ............ 99/299 |
| 6,227,102 | B1 * | 5/2001 | Sham et al. ............... 99/286 |
| 6,231,909 | B1 * | 5/2001 | Levinson .................. 426/433 |
| 6,250,209 | B1 * | 6/2001 | Pope ....................... 99/323 |
| 6,253,662 | B1 * | 7/2001 | Zelson .................... 99/279 |
| 6,263,781 | B1 * | 7/2001 | Calagui ................... 99/323 |
| D454,433 | S | 3/2002 | Peter |
| D454,434 | S | 3/2002 | McDaniel et al. |
| 6,440,256 | B1 | 8/2002 | Gordon et al. |
| D474,110 | S | 5/2003 | Sweeney |
| D474,111 | S | 5/2003 | Lazaris |
| 6,589,577 | B2 | 7/2003 | Lazaris et al. |
| 6,606,938 | B2 | 8/2003 | Taylor |
| 6,607,762 | B2 | 8/2003 | Lazaris et al. |
| 6,645,537 | B2 | 11/2003 | Sweeney et al. |
| 6,655,260 | B2 * | 12/2003 | Lazaris et al. .............. 99/295 |
| 6,658,989 | B2 | 12/2003 | Sweeney et al. |
| 6,662,955 | B1 * | 12/2003 | Lassota .................... 210/482 |
| 6,708,600 | B2 * | 3/2004 | Winkler et al. .............. 99/295 |
| 6,727,484 | B2 * | 4/2004 | Policappelli ............... 219/689 |
| 6,740,345 | B2 * | 5/2004 | Cai ........................ 426/77 |
| 6,758,130 | B2 * | 7/2004 | Sargent et al. .............. 99/295 |
| 6,786,136 | B2 * | 9/2004 | Cirigliano et al. ........... 99/323 |
| 6,832,542 | B2 | 12/2004 | Hu et al. |
| 6,843,165 | B2 | 1/2005 | Stoner |
| D502,362 | S | 3/2005 | Lazaris et al. |
| 6,904,840 | B1 | 6/2005 | Pfeifer et al. |
| 6,948,420 | B2 | 9/2005 | Kirschner et al. |
| 6,968,775 | B2 * | 11/2005 | Burrows et al. ............. 99/303 |
| 7,047,870 | B2 | 5/2006 | Gantt et al. |
| 7,081,263 | B2 | 7/2006 | Albrecht |
| 7,131,369 | B2 | 11/2006 | Gantt et al. |
| 7,320,274 | B2 * | 1/2008 | Castellani ................. 99/295 |
| 7,946,217 | B2 * | 5/2011 | Favre et al. ................ 99/295 |
| 8,047,127 | B2 | 11/2011 | Lin |
| 8,087,347 | B2 * | 1/2012 | Halliday et al. ............. 99/295 |
| 2001/0043954 | A1 * | 11/2001 | Sweet ..................... 424/725 |
| 2002/0005367 | A1 * | 1/2002 | Zelson ................... 206/449 |
| 2002/0023543 | A1 * | 2/2002 | Schmed .................... 99/295 |
| 2002/0035929 | A1 * | 3/2002 | Kanba et al. ............... 99/279 |
| 2002/0048621 | A1 * | 4/2002 | Boyd et al. ................. 426/77 |
| 2002/0059870 | A1 * | 5/2002 | Walters, Jr. et al. .......... 99/298 |
| 2002/0078831 | A1 * | 6/2002 | Cai ........................ 99/295 |
| 2002/0148356 | A1 * | 10/2002 | Lazaris et al. .............. 99/295 |
| 2003/0006185 | A1 * | 1/2003 | Hepler ................... 210/464 |
| 2003/0041739 | A1 * | 3/2003 | Cai ........................ 99/287 |
| 2003/0167928 | A1 * | 9/2003 | Mulle et al. ................ 99/279 |
| 2003/0200872 | A1 * | 10/2003 | Lin ........................ 99/293 |
| 2003/0213370 | A1 * | 11/2003 | Hammad et al. ............. 99/300 |
| 2003/0222089 | A1 * | 12/2003 | Hale ..................... 220/912 |
| 2004/0226448 | A1 * | 12/2003 | Carasso et al. .............. 99/279 |
| 2004/0020368 | A1 * | 2/2004 | Cai ........................ 99/279 |
| 2004/0020922 | A1 * | 2/2004 | Alves ..................... 219/679 |
| 2004/0118290 | A1 * | 6/2004 | Cai ........................ 99/275 |
| 2004/0182247 | A1 * | 9/2004 | Guerrero ................... 99/275 |
| 2004/0244600 | A1 * | 12/2004 | Lalanne-Eygun ............ 99/279 |
| 2005/0051478 | A1 * | 3/2005 | Karanikos et al. .......... 210/469 |
| 2005/0160918 | A1 * | 7/2005 | Winstanley et al. .......... 99/279 |
| 2005/0172819 | A1 * | 8/2005 | Chen et al. ................. 99/279 |
| 2005/0236323 | A1 * | 10/2005 | Oliver et al. ............... 210/464 |
| 2005/0257695 | A1 * | 11/2005 | Dobranski et al. ........... 99/485 |
| 2005/0284303 | A1 * | 12/2005 | Zell et al. ................. 99/289 |
| 2006/0019000 | A1 * | 1/2006 | Zanetti ................... 426/112 |
| 2006/0107841 | A1 * | 5/2006 | Schifferle ................. 99/279 |
| 2006/0159815 | A1 | 7/2006 | Crook et al. |
| 2006/0174769 | A1 * | 8/2006 | Favre et al. |
| 2006/0196364 | A1 | 9/2006 | Kirscher |
| 2007/0175334 | A1 * | 8/2007 | Halliday et al. ............. 99/279 |
| 2007/0277677 | A1 * | 12/2007 | Roberg .................... 99/323 |
| 2009/0229471 | A1 | 9/2009 | Lun et al. |
| 2010/0083843 | A1 | 4/2010 | Denisart et al. |
| 2010/0288131 | A1 * | 11/2010 | Kilber et al. ............... 99/295 |
| 2010/0303964 | A1 * | 12/2010 | Beaulieu et al. ............. 426/77 |

US 9,232,872 B2

Page 3

(56)             **References Cited**

           U.S. PATENT DOCUMENTS

2011/0209623  A1       9/2011  Leung et al.
2011/0274802  A1 *   11/2011  Rivera ........................ 426/431
2012/0207895  A1 *     8/2012  Rivera ........................ 426/433
2012/0207896  A1 *     8/2012  Rivera ........................ 426/433
2012/0276264  A1 *   11/2012  Rivera ........................ 426/433

2012/0285330  A1     11/2012  Demiglio et al.
2012/0285334  A1     11/2012  Demiglio et al.
2013/0017303  A1 *     1/2013  Vu ............................... 426/433
2013/0025466  A1 *     1/2013  Fu et al. ....................... 99/295
2013/0156897  A1 *     6/2013  Goldstein ................... 426/115
2014/0245895  A1       9/2014  Demiglio et al.
2014/0287105  A1 *     9/2014  Husband et al. ............. 426/115

* cited by examiner



*FIG. 2*

*FIG. 1*
*(prior art)*



*FIG. 4*



*FIG. 3*



FIG. 5B

FIG. 5A



FIG. 7



FIG. 6



FIG. 9

FIG. 8

FIG. 8A



FIG. 11

FIG. 10

US 9,232,872 B2

1

# SINGLE SERVING REUSABLE BREWING MATERIAL HOLDER

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a Continuation In Part of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007; a Continuation In Part of U.S. patent application Ser. No. 12/610,181 filed Oct. 30, 2009; and a Continuation In Part of U.S. patent application Ser. No. 12/620,584 filed Nov. 17, 2009, which applications are incorporated in their entirety herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to single serving coffee makers and in particular to a single serving reusable brewing material holder including a reusable mesh material to retain the brewing material in the holder.

Coffee is prepared in a coffee maker by measuring an amount of ground coffee into a coffee filter, closing a lid over the ground coffee, and providing a stream of hot water through the ground coffee. In recent years, single serving coffee makers have become very popular, for example, KEURIG® coffee makers. U.S. Pat. Nos. 5,325,765 and 6,708,600 disclose a housing and cooperating filter cartridge for use in a KEURIG®. coffee maker. While the housing and cartridge of the '765 patent are very popular, the cost of single use cartridges far exceeds the cost of the brewing material contained in the cartridges. The '765 and '600 patents are herein incorporated by reference in their entirety.

## SUMMARY OF THE INVENTION

The present invention addresses the above and other needs by providing a single serving beverage filter cartridge which is formed by placing a single serving portion of brewing material into a reusable coffee holder having a lid and a base. The reusable coffee holder includes a recessed region at the bottom of a base of the holder and is insertable into a cartridge housing of a single serving coffee maker having an offset needle reaching up vertically from the base of the housing, the recessed region may be a large annular recessed region or a smaller off-center recessed region, thereby avoiding the off-set bottom needle. The coffee holder defines a frustoconical exterior and includes mesh filtering material for retaining brewing material inside the coffee holder. The mesh material may be a metal mesh or plastic mesh. The reusable coffee holder is configured for use in single serving coffee makers having the offset bottom needle and designed for single use cartridges.

In accordance with one aspect of the invention, there is provided a coffee holder including a metal mesh filter material interposed between an interior and exterior of the holder to retain brewing material in the holder. The mesh filter material may be a metal or plastic mesh.

In accordance with another aspect of the invention, there is provided a coffee holder having a bottom with an annular recess. The holder fits into existing single serving coffee makers having an offset bottom needle and the annular recess provides clearance for the offset bottom needle.

In accordance with still another aspect of the invention, there is provided a coffee holder having a bottom with an offset recess. The holder fits into existing single serving coffee makers having an offset bottom needle and the offset recess provides clearance for the offset bottom needle.

2

In accordance with yet another aspect of the invention, there is provided a method for using a reusable coffee holder in a single serving coffee maker. The method includes opening a lid of the reusable coffee holder, placing a single serving portion of brewing material into a holder base, closing the lid of the coffee holder, opening a coffee cartridge housing of the single serving coffee maker to expose the interior of the coffee cartridge housing, the base of the coffee cartridge housing including a upward reaching offset needle, placing the coffee holder in the coffee cartridge housing, positioning a recessed area in the bottom of the holder base over the offset needle, closing the coffee cartridge housing, and brewing a brewed beverage. The reusable coffee holder includes a holder lid, a frustoconical shaped coffee holder base, a metal mesh filter material attached to the coffee holder base and interposed between the interior and the exterior of the holder base and retaining brewing material deposited into the holder base through the holder top, and a holder lid closeable over the top of the holder base. The metal mesh filter material may be fixed to the holder base, or removable from the holder base. The holder lid may include a center mating portion of the holder lid including a downward concave cavity for receiving a nozzle of a coffee maker and sealing against the coffee maker to prevent the escape of heated liquid during brewing. The frustoconical shaped coffee holder base includes a smaller diameter bottom, a larger diameter top, an interior, an exterior, and a upward recessed area in the bottom of the holder base.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other aspects, features and advantages of the present invention will be more apparent from the following more particular description thereof, presented in conjunction with the following drawings wherein:

FIG. 1 shows a prior art coffee cartridge housing of a single serving coffee maker, with a filter cartridge residing in the coffee cartridge housing.

FIG. 2 is a perspective view of a first single serving coffee holder according to the present invention.

FIG. 3 is a cross-sectional side view of the first single serving coffee holder containing coffee restrained in a holder base by mesh filter material and having an annular recess in the bottom of the holder base, according to the present invention.

FIG. 4 is a cross-sectional side view of the first single serving coffee holder according to the present invention in the prior art single serving coffee cartridge housing.

FIG. 5A shows a cross-sectional side view of a tamping single serving coffee holder having a lid including a tamper which enters the holder base to tamp coffee restrained in the holder base by mesh filter material, and having an annular recess in the bottom of the holder base, according to the present invention.

FIG. 5B shows a cross-sectional side view of the tamping single serving coffee holder having the lid including the tamper attached to the holder base and tamping the coffee restrained in the holder base by the mesh filter material, according to the present invention.

FIG. 6 is a cross-sectional side view of a second single serving coffee holder containing coffee restrained in a holder base by mesh filter material and having an annular recess in the bottom of the holder base, according to the present invention.

FIG. 7 is a cross-sectional side view of the second single serving coffee holder according to the present invention in the prior art single serving coffee cartridge housing.

US 9,232,872 B2

3

FIG. 8 is a cross-sectional side view of a third single serving coffee holder containing coffee restrained in a holder base by mesh filter material and having an offset recess in the bottom of the holder base, according to the present invention.

FIG. 8A is a cross-sectional view of the holder base taken along line 8A-8A of FIG. 8.

FIG. 9 is a cross-sectional side view of the third single serving coffee holder according to the present invention in the prior art single serving coffee cartridge housing.

FIG. 10 shows a side view of a holder 70 having a hinged holder lid 32"

FIG. 11 shows a side view of a threaded holder and threaded holder lid according to the present invention.

Corresponding reference characters indicate corresponding components throughout the several views of the drawings.

DETAILED DESCRIPTION OF THE PREFERRED
EMBODIMENT

The following description is of the best mode presently contemplated for carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of describing one or more preferred embodiments of the invention. The scope of the invention should be determined with reference to the claims.

A prior art single serving cartridge housing 10 of a coffee maker, and a single use filter cartridge 12 residing in a brewing chamber 11 of the coffee maker, disclosed in U.S. Pat. Nos. 5,325,765 and 6,708,600 (incorporated by reference above) are shown in FIG. 1. The filter cartridge 12 includes a pierceable shell 14 and contains brewing material 16. An upper needle 20 penetrates the top of the shell 14 to inject heated water into the cartridge 12 and an offset bottom needle 22 penetrates the bottom of the shell 14 and receives the brewed drink produced in the cartridge 12 and carries the brewed drink from the brewing chamber, when the housing 10 is closed on the cartridge 12. A filter cartridge sold under the trademark K-CUP® has a top edge with a diameter of about 1.8 inches, a height of about 1¾ inches, and a frustoconical shape with a base smaller than the top edge. The base of the K-CUP® cartridge is generally being about 1.45 inches in diameter.

A perspective view of a first single serving coffee holder 30 according to the present invention is shown in FIG. 2. The coffee holder 30 includes a lid 32 and a base 34. The base 34 includes a larger diameter top 34a and a smaller diameter bottom 34b and is generally frustoconical in shape. A passage 40 in the lid 32 is provided for the needle 20. The bottom 34b of the base 34 includes an annular recessed region 38 surrounding a stem 36 generally centered in the bottom 34b of the base 34. The stem 36 extends downward in the bottom 34b of the base 34. Lid 32 may be removably attachable to the base 34, or hingedly attached to the base 34. The removable lid 32 may be an interference fit to the base 34, or the lid 32 and base 34 may have cooperating threads to threadably attach, or the lid 32 may be otherwise attached to the base 34. The coffee holder 30 defines an interior region 30a and an exterior region 30b and a mesh filter 42 resides in the base 34 to restrain brewing material in the interior region 30a.

A cross-sectional side view of the first single serving coffee holder 30 containing coffee 16 restrained in the holder base 34 by the mesh filter material 42 and having an annular recess 38a in the bottom of the holder base 34 is shown in FIG. 3 and a cross-sectional side view of the first single serving coffee holder 30 in the prior art single serving coffee cartridge housing 10 is shown in FIG. 4. The mesh filter 42 holds the brewing material 16, and retains the brewing material 16 in

4

the interior region 30a of the coffee holder 30 separating the brewing material 16 from the exterior region 30b of the coffee holder 30. The mesh filter 42 may be a fixed filter not removable from the holder base 34 or a removable filter, and may be constructed of nylon mesh or metal mesh, or any reusable material capable of holding the coffee while allowing a flow of heated water through the coffee. Unlike filter paper, the mesh filter 42 may be cleaned and reused. The needle 20 reaches through the passage 40 in the lid 32 to inject hot liquid into the brewing material 16 to make a brewed drink. The annular recess 38a provides clearance D for the lower needle 22 of the coffee maker without requiring aligning the annular recessed area 38a with the offset bottom needle 22, and the opening 39 in the bottom of the holder base 34 allows brewed beverage to escape from the coffee holder into the brewing chamber 11 of the coffee maker. The clearance D is preferably between one and twenty mm and more preferably about ten mm to a ceiling 38b of the annular recessed area 38a. A compliant ring 33 may be included to seal against the coffee maker.

The housing 30 is disclosed in FIG. 2 of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007 by the present applicant, which this application is a Continuation In Part thereof.

The mesh filter 42 is disclosed in paragraph 0005 of the summary in U.S. patent application Ser. No. 12/620,584 filed Nov. 17, 2009, by the present applicant, which this application is a Continuation In Part thereof, as a fixed or removable nylon mesh, metal mesh, or any material capable of holding the coffee while allowing a flow of heated water through the coffee.

A cross-sectional view of a tamping single serving coffee holder 30' having a lid 32' including a tamper 31, is shown in FIG. 5A, and a cross-sectional view of the tamping single serving coffee holder 30' having the lid 32' attached to the holder base 34 is shown in FIG. 5B. When the lid 32' is attached to the holder base 34, the tamper 31 enters the holder base 34 to tamp the coffee 16a restrained in the holder base 34 by the mesh filter material 42. Tamping the coffee reduces or prevents channeling and generally provides a stronger brew. The coffee holder 30' is otherwise similar to the coffee holder 30.

A cross-sectional side view of a second single serving coffee holder 50 containing coffee 16 is shown in FIG. 6 and a cross-sectional side view of the second single serving coffee holder 50 in the prior art single serving coffee cartridge housing 10 is shown in FIG. 7. The coffee holder 50 includes the lid 32 and a holder base 52. The coffee 16 is restrained in the holder base 52 by the mesh filter material 42. A second annular recess 38b in the bottom 52b of the holder base 52 is provided to clear the bottom needle 22 and the passage 40 in the lid 32 is provided for the needle 20 and opening 39b in the bottom of the coffee holder 50 allows brewed beverage to escape from the coffee holder into the brewing chamber 11 of the coffee maker.

The coffee holder 50 defines an interior region 50a and an exterior region 50b (similar to the regions 30a and 30b in FIG. 2). The mesh filter 42 holds the brewing material 16, and retains the brewing material 16 in the interior region 50a of the coffee holder 50 separating the brewing material 16 from the exterior region 50b of the coffee holder 50. The needle 20 reaches through the passage 40 in the lid 32 to inject hot liquid into the brewing material 16 to make a brewed drink. The second annular recess 38b is provided by a large circular opening 54 in the bottom 52b of the base 52. The annular recess 38b provides clearance for the lower needle 22 without

US 9,232,872 B2

5

aligning the annular recess 38b with the needle 22. The coffee holder 50 is otherwise similar to the coffee holder 30.

The housing 50 is disclosed in FIG. 6 of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007 by the present applicant, which the present application is a Continuation In Part thereof.

A cross-sectional side view of a third single serving coffee holder 60 containing coffee 16 restrained in a holder base 64 by the mesh filter material 42 is shown in FIG. 8, a cross-sectional view of the holder base 64 taken along line 8A-8A of FIG. 8 is shown in FIG. 8A, and a cross-sectional side view of the third single serving coffee holder 60 in the coffee cartridge housing 10 is shown in FIG. 9. An offset recess 68 in the bottom 64b of the holder base 64 provides clearance for the lower needle. The coffee holder 60 defines an interior region 60a and an exterior region 60b separated by the mesh filter material 42. The offset recess 68 is offset from a center-line CL of the coffee holder 60 and is not an annular recess (i.e., is a vertical passage somewhat larger than the needle 22) and requires aligning the offset recess 68 with the needle 22. While the offset recess 68 is shown as having a round cross-section, the offset recess 68 may have any cross-section suitable to provide clearance for the needle 22 and opening 39c in the bottom of the coffee holder 60 allows brewed beverage to escape from the coffee holder into the brewing chamber 11 of the coffee maker. The coffee holder 60 is otherwise similar to the coffee holder 30.

The offset recess 68 in the bottom 64b of the holder base 64 is disclosed in FIG. 5 of U.S. patent application Ser. No. 11/777,831 filed Jul. 13, 2007 by the present applicant, which the present application is a Continuation In Part thereof.

FIG. 10 shows a side view of a holder 70 having a hinged holder lid 32″ hingedly attached to the holder by a hinge 72.

FIG. 11 shows a side view of a threaded holder 80 having a threaded holder lid 32‴. The holder lid 32‴ has male threads 82 and the holder base

A method for using a reusable coffee holder in a single serving coffee maker having an offset bottom needle includes the steps of: placing a single serving portion of brewing material into the holder base; attaching the holder lid to the top of the holder base; opening a brewing chamber of the single serving coffee maker; placing the coffee holder into the brewing chamber causing the offset bottom needle to reside in the recess in the bottom of the holder base and not puncture any part of the coffee holder; closing the coffee cartridge housing; brewing a brewed beverage; and creating a flow of the brewed beverage through the mesh filter and into the brewing chamber, the flow of the brewed beverage avoiding flowing through the bottom needle. The reusable coffee holder includes a coffee holder base and a holder lid. the holder base includes a smaller diameter holder bottom; a larger diameter holder top; an interior; an exterior, a recess in the bottom of the holder base configured to provide clearance for a bottom needle of the coffee maker; and a metal mesh filter fixed to the coffee holder base and interposed between the interior and the exterior of the holder base and retaining brewing material deposited into the holder base through the holder top. The holder lid is attachable to the top of the holder base and including a passage for receiving a nozzle of the coffee maker.

While the invention herein disclosed has been described by means of specific embodiments and applications thereof, numerous modifications and variations could be made thereto by those skilled in the art without departing from the scope of the invention set forth in the claims.

6

What is claimed is:

1. A beverage brewer, comprising:
a brewing chamber;
a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:
a receptacle configured to receive and support the brewing material; and
a cover;
wherein the receptacle includes
a base, having an interior surface, an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and
at least one sidewall extending upward from the interior surface of the base;
wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening and a tamping projection that protrudes into the receptacle when the cover engages the top edge of the at least one sidewall, and
wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;
an inlet port, adapted to provide the input fluid to the container; and
a needle-like structure, adapted to receive outflow fluid from the container through the base passageway;
wherein the passageway is disposed to receive the needle-like structure and to provide a clearance around the needle-like structure such that the needle-like structure does not puncture the base.

2. The beverage brewer of claim 1, wherein the receptacle includes at least one extension that raises the base a predetermined distance above a lower surface of the brewing chamber, wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

3. The beverage brewer of claim 1, wherein the receptacle and the cover include materials such that the container is reusable.

4. The beverage brewer of claim 1, wherein the passageway has an unobstructed configuration.

5. The brewing material holder of claim 1, wherein the receptacle further includes a stem that extends downward below the exterior surface of the base from around a periphery of the passageway.

6. The beverage brewer of claim 1, wherein the container further comprises a mesh filter that is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow.

7. A beverage brewer, comprising:
a brewing chamber;
a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:
a receptacle configured to receive the brewing material; and
a cover;
wherein the receptacle includes
a base, having an interior surface and an exterior surface, wherein at least a portion of the base is disposed a predetermined distance above a bottom surface of the brewing chamber, and
at least one sidewall extending upward from the interior surface of the base,

US 9,232,872 B2

7

wherein the receptacle has at least one passageway that provides fluid flow from an interior of the receptacle to an exterior of the receptacle;

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall the cover including an opening and a tamping projection that protrudes into the receptacle when the cover engages the top edge of the at least one sidewall, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

a needle-like structure, disposed below the base;

wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

**8.** The beverage brewer of claim **7**, wherein at least one passageway of the at least one passageway is disposed in the base.

**9.** The beverage brewer of claim **7**, wherein the receptacle also includes at least one extension that raises the at least a portion of the base the predetermined distance above the bottom surface of the brewing chamber.

**10.** The beverage brewer of claim **7**, wherein the receptacle and the cover include materials such that the container is reusable.

**11.** The beverage brewer of claim **7**, wherein at least one passageway of the at least one passageway is unobstructed.

**12.** The brewing material holder of claim **7**, wherein the receptacle further includes a stem that extends downward below the exterior surface of the base from around a periphery of the passageway.

**13.** The beverage brewer of claim **7**, wherein the container further comprises a mesh filter that is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow.

**14.** A beverage brewer, comprising:

a brewing chamber;

a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:

a receptacle configured to receive the brewing material; and

a cover;

wherein the receptacle includes

a base, having an interior surface, an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and

at least one sidewall extending upward from the interior surface of the base,

wherein the receptacle is adapted to support the brewing material a predetermined distance above a lower surface of the brewing chamber,

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening and a tamping projection that protrudes into the receptacle when the cover engages the top edge of the at least one sidewall, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

a needle-like structure, disposed below the brewing material;

8

wherein the predetermined distance is selected such that the needle-like structure does not touch the brewing material when held by the container.

**15.** The beverage brewer of claim **14**, wherein the receptacle also includes at least one extension that raises the base the predetermined distance above the lower surface of the brewing chamber.

**16.** The beverage brewer of claim **14**, wherein the receptacle and the cover include materials such that the container is reusable.

**17.** The beverage brewer of claim **14**, wherein the passageway has an unobstructed configuration.

**18.** The brewing material holder of claim **14**, wherein the receptacle further includes a stem that extends downward below the exterior surface of the base from around a periphery of the passageway.

**19.** The beverage brewer of claim **14**, wherein the container further comprises a mesh filter that is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow.

**20.** A beverage brewer, comprising:

a brewing chamber;

a container, disposed within the brewing chamber and adapted to hold brewing material while brewed by a beverage brewer, the container comprising:

a receptacle configured to receive the brewing material; and

a cover;

wherein the receptacle includes

a base, having an interior surface, an exterior surface, and a passageway in an interior area of the base, providing fluid flow through the interior surface and the exterior surface, and

at least one sidewall extending upward from the interior surface of the base,

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening and a tamping projection that protrudes into the receptacle when the cover engages the top edge of the at least one sidewall, and

wherein the container is adapted to accept input fluid through the opening and to provide a corresponding outflow of fluid through the passageway;

an inlet port, adapted to provide the input fluid to the container; and

a needle-like structure, adapted to receive outflow fluid from the container through the base passageway; and

wherein the passageway allows the outflow fluid to flow from the container.

**21.** The beverage brewer of claim **20**, wherein the receptacle also includes at least one extension that raises at least a portion of the base a predetermined distance above a lower surface of the brewing chamber, wherein the predetermined distance is selected such that a tip of the needle-like structure does not penetrate the exterior surface of the base.

**22.** The beverage brewer of claim **20**, wherein the receptacle and the cover include materials such that the container is reusable.

**23.** The beverage brewer of claim **20**, wherein the passageway leas an unobstructed configuration.

**24.** The brewing material holder of claim **20**, wherein the receptacle further includes a stem that extends downward below the exterior surface of the base from around a periphery of the passageway.

**25.** The beverage brewer of claim **20**, wherein the container further comprises a mesh filter that is configured to be dis-

US 9,232,872 B2

9

posed within the receptacle and to receive and support the brewing material in the path of the fluid flow.

26. A beverage brewer including a brewing chamber configured to receive a brewing cartridge, an inlet port adapted to provide an input fluid, and a needle-like structure fixed in a bottom of the brewing chamber and adapted to puncture a shell of the brewing cartridge to carry an outflow of brewed beverage from the brewing cartridge and arranged to avoid puncturing filtering material containing brewing material disposed inside the shell, the improvement comprising:

a container configured to replace the brewing cartridge, the container positionable within the brewing chamber and adapted to hold brewing material while brewed by the beverage brewer, the container including:

a receptacle configured to receive and support the brewing material, and

a cover;

wherein the receptacle includes:

a passageway providing fluid communication between an interior of the receptacle and the brewing chamber,

a base, having an interior surface and an exterior surface and configured to avoid contact with the needle-like structure, and

at least one sidewall extending upward from the interior surface of the base and configured to avoid contact with the needle-like structure;

10

wherein the cover is adapted to sealingly engage with a top edge of the at least one sidewall, the cover including an opening and a tamping projection that protrudes into the receptacle when the cover engages the top edge of the at least one sidewall, and

wherein the container is adapted to accept the input fluid from the inlet port through the opening and to provide a corresponding outflow of fluid through the passageway.

27. The beverage brewer of claim 26, wherein the receptacle and the cover include materials such that the container is reusable.

28. The beverage brewer of claim 26, wherein the receptacle also includes at least one extension that raises the base a predetermined distance above a lower surface of the brewing chamber.

29. The beverage brewer of claim 26, wherein the passageway has an unobstructed configuration.

30. The brewing material holder of claim 26, wherein the receptacle further includes a stem that extends downward below the exterior surface of the base from around a periphery of the passageway.

31. The beverage brewer of claim 26, wherein the container further comprises a mesh filter that is configured to be disposed within the receptacle and to receive and support the brewing material in the path of the fluid flow.

* * * * *

**EXHIBIT C**

# REDACTED

**ORIGINAL**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Adrian Rivera

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

LaMi Products, Inc., LaMi Products, LLC, and Jacent, Inc.

**(b)** County of Residence of First Listed Plaintiff   Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
William A. Delgado
Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017
Tel: (213) 955-9240

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 USC 101, et seq., (Patent Infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes   ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes   ☒ No<br><br>If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.1.**  Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Continue to Question B.2. |
| | **B.2.**  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☐ Yes   ☒ No<br><br>If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.1.**  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division.  Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Continue to Question C.2. |
| | **C.2.**  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division.  Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division.  Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E,  below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E,  below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?                   ☒ NO          ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☐ NO          ☒ YES

If yes, list case number(s):     2:16-cv-04676-JAK-SS

**Civil cases** are related when they (check all that apply):

☐  A. Arise from the same or a closely related transaction, happening, or event;

☒  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒  C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐  A. Arise from the same or a closely related transaction, happening, or event;

☐  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   _William A. Delgado_          DATE:   5/12/17

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |